199 So.2d 181

MONTAGUE, INC.

v.

Mrs. Raymond E. LYTELL.

No. 48709.

May 19, 1967.

In re: Mrs. Raymond E. Lytell, wife of, and Raymond E. Lytell applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 196 So.2d 562.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.